IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MORGAN BLEVINS, | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 1:20-cv-00262 |
| C.R. BARD, INC., ET AL., | ) |
|         Defendants. | ) |

## JOINT MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST McKESSON CORPORATION WITHOUT PREJUDICE

Plaintiff Morgan Blevins and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation jointly move pursuant to Rules 41(a)(2) and 21 of the Federal Rules of Civil Procedure to dismiss the Complaint and all causes of action against Defendant McKesson Corporation without prejudice, with each party to bear its own costs and fees.

Dated October 8, 2020.

| | |
|---|---|
| **FEARS NACHAWATI LAW FIRM** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| */s/ Steven Scott Schulte with permission* | */s/ Woods Drinkwater* |
| Eric Martin Przybysz | Shane Ramsey (BPRN 35528) |
| Darren McDowell | Woods Drinkwater (BPRN 33838) |
| Steven Scott Schulte | One Nashville Place, Suite 1100 |
| Fears Nachawati Law Firm | 150 Fourth Avenue, North |
| 5473 Blair Rd | Nashville, TN 37219 |
| Dallas, TX 75231 | Phone: (615) 664-5307 |
| (214) 890-0711 | shane.ramsey@nelsonmullins.com |
| EricP@fnlawfirm.com | woods.drinkwater@nelsonmullins.com |
| dmcdowell@fnlawfirm.com | |
| schulte@fnlawfirm.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for C.R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by filing with the Court's CM/ECF system, which provides notice by email to all counsel of record, including:

Eric Martin Przybysz
Darren McDowell
Steven Scott Schulte
Fears Nachawati Law Firm
5473 Blair Rd
Dallas, TX 75231

    Dated October 8, 2020.                */s/ Woods Drinkwater*
                                                         Woods Drinkwater